**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1)   THE FIRE PIT NO. 1 LLC, and | ) | |
| (2)   CBD UNLIMITED LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No._____ |
| v. | ) | (District Court of Oklahoma |
| | ) | County, Case No. CJ-2025-7441) |
| (1)   CANOPIUS US INSURANCE, | ) | |
|      INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CANOPIUS U.S. INSURANCE, INC.'S**
**<u>NOTICE OF REMOVAL</u>**

Defendant Canopius U.S. Insurance, Inc. ("Canopius US") files this Notice of Removal under 28 U.S.C. §§ 1332, 1441, 1446; and LCvR 81.2, and shows the Court as follows:

I.  **INTRODUCTION**

1.  Plaintiffs, The Fire Pit No. 1 LLC and CBD Unlimited LLC, filed this action on October 13, 2025, in the District Court for Oklahoma County, State of Oklahoma, styled *The Fire Pit No. 1 LLC and CBD Unlimited LLC v. Canopius US Insurance, Inc.*, Case No. CJ-2025-7441 (the "State Court Action").

2.  In compliance with 28 U.S.C. § 1446(a) and LCvR 81.2, attached hereto as Exhibits 1-3 are copies of the docket and all process, pleadings, and orders served on or otherwise provided to Canopius US in the State Court Action to date.

3.  This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) as this Notice of Removal is filed less than thirty (30) days after Canopius US received a copy of

the Petition on October 30, 2025. Further, this Notice of Removal is filed less than thirty (30) days after the State Court Action was filed on October 13, 2025, which makes this Notice of Removal timely no matter the circumstance of actual service upon the insurer.

4. There are no other named defendants in this case.

5. Canopius US has not yet answered or otherwise responded to the Petition in the State Court Action. Canopius US reserves all rights to raise any and all available defenses in this Court or in the State Court in the event of a remand. *See, e.g., Spears v. Okmulgee Cnty. Crim. Just. Tr. Auth.*, No. 23-cv-65-JFH-GLJ, 2023 WL 4143244, at *4 (E.D. Okla. Jun. 5, 2023), report and recommendation adopted, No. 23-cv-65-JFH-GLJ, 2023 WL 4132588 (E.D. Okla. June 22, 2023) ("Removal does not waive Defendants' objection to insufficient service."); *Blackwell Enters., Inc. v. Henkels & McCoy, Inc.*, No. CIV-12-1242-D, 2013 WL 3771290, *6 (W.D. Okla. Jul. 16, 2013) (defendant did not waive its right to rely on forum selection clause by first removing the case prior to raising an improper venue defense in a Rule 12(b)(3) motion). By removing this action from the District Court of Oklahoma County, State of Oklahoma, Canopius US does not admit any of the allegations in the Petition.

6. Contemporaneously with the filing of this Notice of Removal in this Court, written notice of such filing is being served upon Plaintiffs. In addition, a copy of the Notice of Removal will be filed with the Clerk of the District Court of Oklahoma County, in which the State Court Action is pending. 28 U.S.C. § 1446(d).

4928-7213-1701, v. 3

## II.    DIVERSITY OF CITIZENSHIP

7.    Removal of the State Court Action to this Court is proper under 28 U.S.C. §§ 1332 and 1441 because (A) there is complete diversity of citizenship between the parties, and (B) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**A.    There is complete diversity of citizenship between the parties.**

8.    Plaintiffs The Fire Pit No. 1 LLC and CBD Unlimited LLC are limited liability companies with their principal places of business in Oklahoma County, Oklahoma. *See* Ex. 2, Petition, ¶¶ 1, 3.

9.    The citizenship of a limited liability company is determined by the citizenship of its members. *See Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1238 (10th Cir. 2015).

10.    Upon information and belief, Jeremy Owens is the member of The Fire Pit No. 1 LLC and CBD Unlimited LLC. Jeremy Owens is an individual who is a resident of, is domiciled in, and is a citizen of the state of Oklahoma. As a result, Plaintiffs are both deemed citizens of the state of Oklahoma for purposes of diversity jurisdiction.

11.    Canopius US is a Delaware corporation with its principal place of business located in Illinois. The citizenship of a corporation is deemed to be the state of its incorporation and the state of its principal place of business. *See* 28 U.S.C. § 1332(c)(1). As a result, Canopius is deemed a citizen of Delaware and Illinois for purposes of diversity jurisdiction.

12.    Plaintiffs, The Fire Pit No. 1 LLC and CBD Unlimited LLC, and Canopius US are not citizens of the same state.

13.    As a result, complete diversity exists between Plaintiffs and Canopius US.

**B.    The amount in controversy exceeds $75,000.**

14.    Diversity jurisdiction also requires that the amount in controversy be greater than $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

15.    Plaintiffs allege damages in excess of Seventy-Five Thousand Dollars ($75,000.00) in their Petition. *See* Ex. 2, Petition, §§ 22, 35, & "WHEREFORE" paragraph at p. 6.

16.    Therefore, this action satisfies the amount in controversy requirement.

17.    Because the parties are diverse and the amount in controversy exceeds $75,000, this Court has original jurisdiction because of diversity of citizenship and sufficiency of amount in controversy.

**III. VENUE**

18.    Venue for removal is proper in this district under 28 U.S.C. § 1441(a) because this district embraces the District Court for Oklahoma County, State of Oklahoma, the forum in which the removed action is pending. *See* 28 U.S.C. § 116(c).

4928-7213-1701, v. 3

Respectfully submitted,

*/s/ Leasa M. Stewartl*
Leasa M. Stewart, OBA No. 18515
**GABLEGOTWALS**
BOK Park Plaza
499 W. Sheridan Ave., Suite 2200
Oklahoma City, Oklahoma 73102-7101
PH: 405-235-5500; Fax: 405-235-2875
Email:        lstewart@gablelaw.com

***Attorneys for Defendant***
***Canopius U.S. Insurance, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick C. McGinnis
Jacquelyn L. Dill

***Attorneys for Plaintiff***

*/s/ Leasa M. Stewart*
Leasa M. Stewart

5

4928-7213-1701, v. 3